372 A.2d 840
Commonwealth v. King, Appellant.

Submitted March 1, 1976.
Robert L. King, appellant, *in propria persona*; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 840
Commonwealth v. Lane, Appellant.

Submitted April 13, 1976.
John R. Cook, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Robert L. Campbell and Robert L. Eberhardt, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.